## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                               Case No. 11-05956 BKT

**DE JESUS MONTAÑEZ, JOSE MIGUEL**                      Chapter **13**
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **10/20/2011**
☐ PRE ☐ POST-CONFIRMATION              Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **160.00** x **60** = $ **9,600.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **9,600.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **9,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,474.00**

Signed: **/s/ JOSE MIGUEL DE JESUS MONTAÑEZ**
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___     Cr. ___     Cr. ___
# ___     # ___     # ___
$ ___     $ ___     $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___     Cr. ___     Cr. ___
# ___     # ___     # ___
$ ___     $ ___     $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___     Cr. ___     Cr. ___
# ___     # ___     # ___
$ ___     $ ___     $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: **CAGUAS COOP**
5. ☐ Other: _____

6. ☐ Debtor otherwise maintains regular payments directly to: ___

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
                ☐ Paid 100% / ☐ Other: ___
Cr. ___     Cr. ___     Cr. ___
# ___     # ___     # ___
$ ___     $ ___     $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**ATTORNEY FEES WILL BE PAID FIRST.**

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**    Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN